**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL LONG, JR.,
ADC #128075                                                                                    PLAINTIFF

V.                                         4:12CV00713-BSM-JTK

FAULKNER COUNTY SHERIFF'S
DEPARTMENT, et al.                                                                    DEFENDANTS

**ORDER**

Defendants shall file a Response to Plaintiff's Motion for Preliminary Injunctive Relief (Doc. No. 13) within fifteen days of the date of this Order.

IT IS SO ORDERED this 7th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE