**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL LONG, JR.                                                                                        PLAINTIFF

v.                                              4:12CV00713-BSM-JTK

FAULKNER COUNTY SHERIFF'S
DEPARTMENT, et al.                                                                                   DEFENDANTS

## ORDER

Defendants Dr. Garry Stewart, James Spaul, Anthony Rueda, and Michael Thomas, through their attorney, have answered and supplied their correct names (Doc. No. 20). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE